1  MARK S. HARDIMAN (State Bar No. 136602)
   HOOPER, LUNDY & BOOKMAN, INC.
2  1875 Century Park East, Suite 1600
   Los Angeles, California 90067-2799
3
   Tel:   (310) 551-8111
4  Fax:   (310) 551-8181

5  Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CR No. S-03-0126-LKK** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
| | ) | |
| v. | ) | |
| | ) | |
| IDA HOVAV, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between defendant Ida Hovav ("defendant"), through her counsel of record, Mark S. Hardiman, and plaintiff United States of America, through its attorney of record, Assistant United States Attorney Daniel S. Lindhardt, and is so ordered by the Court, that:

1. Because defense counsel reasonably needs additional time to review discovery, analyze and prepare his client's defense at trial, and determine whether this case will proceed to trial, that the status conference currently scheduled for April 26, 2005 is hereby continued to **May 3, 2005 at 9:30 a.m.**; and

2. The time between April 26, 2005 and May 3, 2005 is excludable as a period of time that is reasonably necessary for defense counsel to effectively prepare his client's defense, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § (h)(8)(B)(iv).

On or about April 22, 2005, Assistant United States Attorney Daniel Linhardt authorized defense counsel to sign his name to this stipulation and proposed order.

DOCS-#236836-v1-Hovav_stip_to_continue_SC_to_5_3.wpd

DATED: April 22, 2005

Respectfully submitted,

MARK S. HARDIMAN
HOOPER, LUNDY & BOOKMAN, INC.


By: /s/ MARK S. HARDIMAN
MARK S. HARDIMAN

Attorneys for Defendant Ida Hovav


McGREGOR W. SCOTT
United States Attorney


By: /s/ DANIEL S. LINHARDT
DANIEL S. LINDHARDT
Assistant United States Attorney

Attorneys for Plaintiff United States

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.


DATED: April 25, 2005


/s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
United States District Judge

DOCS-#236836-v1-Hovav_stip_to_continue_SC_to_5_3.wpd