1  MARK S. HARDIMAN (State Bar No. 136602)
   HOOPER, LUNDY & BOOKMAN, INC.
2  1875 Century Park East, Suite 1600
   Los Angeles, California 90067-2799
3
   Tel:   (310) 551-8111
4  Fax:   (310) 551-8181

5  Attorneys for Defendant Ida Hovav

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. S-03-0126-LKK |
| Plaintiff, | STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| IDA HOVAV, | |
| Defendant. | |

It is hereby stipulated and agreed by and between defendant Ida Hovav ("defendant"), through her counsel of record, Mark S. Hardiman, and plaintiff United States of America, through its attorney of record, Assistant United States Attorney Daniel S. Lindhardt, and is so ordered by the Court, that:

1.  Because defense counsel absent in Tennessee on May 24, 2005 and reasonably needs additional time to review discovery, analyze and prepare his client's defense at trial, and determine whether this case will proceed to trial, including by engaging in further plea discussions with government counsel, that the status conference currently scheduled for May 24, 2005 is hereby continued to **June 7, 2005 at 9:30 a.m.**; and

2.  The time between May 24, 2005 and June 7, 2005 is excludable as a period of time that is reasonably necessary for defense counsel to effectively prepare his client's defense, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § (h)(8)(B)(iv).

On or about May 20, 2005, Assistant United States Attorney Daniel Linhardt authorized defense counsel to sign his name to this stipulation and proposed order.

DATED: May 20, 2005

        Respectfully submitted,

        MARK S. HARDIMAN
        HOOPER, LUNDY & BOOKMAN, INC.

By:   /s/ MARK S. HARDIMAN
      MARK S. HARDIMAN

      Attorneys for Defendant Ida Hovav


      McGREGOR W. SCOTT
      United States Attorney


By:   /s/ DANIEL S. LINHARDT
      DANIEL S. LINHARDT
      Assistant United States Attorney

      Attorneys for Plaintiff United States

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: May 23, 2005

      /s/Lawrence K. Karlton
      HON. LAWRENCE K. KARLTON
      United States District Judge

**PROOF OF SERVICE**
(C.C.P. §§ 1013a and 2015.5)

I, Jodee Jones, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

On May 20, 2005, I served a true copy of the foregoing document described as STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF STATUS CONFERENCE, in this action as follows:

> Daniel S. Linhardt
> Assistant United States Attorney
> Chief, White Collar Crime
> 501 "I" Street, Suite 10-100
> Sacramento, CA  95814
> Fax: (916) 554-2900

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the United States mail, at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to Overnite Express for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s) or to the addressee(s) in person.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2005, at Los Angeles, California

/s/ Jodee Jones
Jodee Jones

03cr126.o.0523.wpd

Stip. & Proposed Order Re: Continuance of Status Conference