MARK S. HARDIMAN (State Bar No. 136602)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2799

Tel:     (310) 551-8111
Fax:    (310) 551-8181

Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. S-03-0126-LKK |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
| v. | ) ) | |
| IDA HOVAV, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated and agreed by and between defendant Ida Hovav ("defendant"), through her counsel of record, Mark S. Hardiman, and plaintiff United States of America, through its attorney of record, Assistant United States Attorney Daniel S. Lindhardt, and is so ordered by the Court, that:

1. Because defense counsel reasonably needs additional time to review discovery, analyze and prepare his client's defense at trial, and determine whether this case will proceed to trial, including by engaging in further plea discussions with government counsel and reviewing additional discovery of pharmacy claim forms, and because government counsel is on annual leave until August 22, 2004, that the status conference currently scheduled for August 9, 2005 is hereby continued to **September 7, 2005 at 9:30 a.m.**; and

2. The time between August 9, 2005 and September 7, 2005 is excludable as a period of time that is reasonably necessary for defense counsel to effectively prepare his client's defense,

1  taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §
2  (h)(8)(B)(iv).
3  On or about August 5, 2005, the Assistant United States Attorney Daniel Linhardt's assistant
4  authorized defense counsel to sign his name to this stipulation and proposed order.
5  DATED: August 5, 2005

                    Respectfully submitted,

                    MARK S. HARDIMAN
                    HOOPER, LUNDY & BOOKMAN, INC.

        By:    /s/ MARK S. HARDIMAN
                    MARK S. HARDIMAN

                    Attorneys for Defendant Ida Hovav

                    McGREGOR W. SCOTT
                    United States Attorney

        By:    /s/ DANIEL S. LINHARDT
                    DANIEL S. LINDHARDT
                    Assistant United States Attorney

                    Attorneys for Plaintiff United States

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: August 8, 2005

                    /s/ Lawrence K. Karlton
                    HON. LAWRENCE K. KARLTON
                    United States District Judge

**PROOF OF SERVICE**
(C.C.P. §§ 1013a and 2015.5)

I, Jodee Jones, declare as follows:

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

On August 5, 2005, I served a true copy of the foregoing document described as STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF STATUS CONFERENCE, in this action as follows:

>Daniel S. Linhardt
>Assistant United States Attorney
>Chief, White Collar Crime
>501 "I" Street, Suite 10-100
>Sacramento, CA  95814
>Fax: (916) 554-2900

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the United States mail, at Los Angeles, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to Overnite Express for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s) or to the addressee(s) in person.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2005, at Los Angeles, California

>/s/ Jodee Jones
>Jodee Jones