```
McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>         Plaintiff,         )<br>                            )<br>    v.                      )<br>                            )<br>IDA HOVAV,                  )<br>                            )<br>         Defendant.         )<br>_____) | CR. NO. S-03-126 LKK<br><br>ORDER RE:<br>TRIAL CONFIRMATION DATE |

    This matter having come before the Court on September 27, 2005, for a status conference, the government was represented by Assistant United States Attorney Daniel S. Linhardt, and the defendant was represented by Mark S. Hardiman, Esq.  At that hearing the Court set a date for trial of this matter of January 18, 2006, at 10:30 a.m. with trial confirmation on December 13, 2005, at 9:30 a.m.  The parties have agreed that additional time between September 27, 2005, and January 18, 2006, was necessary to give counsel time to prepare and the request of the parties to exclude time is therefore granted, and it is;

    ORDERED that good cause has been shown that the ends of

1  justice served by the granting of the continuance of trial in
2  this matter to January 18, 2006, outweigh the best interest of
3  the public and the defendant in a speedy trial and therefore the
4  time between September 27, 2005, and January 18, 2006, is
5  excluded from the time which the trial of the defendant must take
6  place pursuant to 18 U.S.C. § 3161(a)(8) and Local Code T-4.  It
7  is further ORDERED that the trial of this matter shall commence
8  at January 18, 2006, at 10:30 a.m. with trial confirmation on
9  December 13, 2005.  It is further ORDERED that despite the waiver
10 of appearance on file by defendant Ida Hovav that, under the
11 Local Rules of this Court, the defendant be present on December
12 13, 2005.

14 Dated: October 3, 2005           /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
15                                  United States District Judge