1  MARK S. HARDIMAN (State Bar No. 136602)
   HOOPER, LUNDY & BOOKMAN, INC.
2  1875 Century Park East, Suite 1600
   Los Angeles, California 90067-2799
3
   Tel:   (310) 551-8111
4  Fax:   (310) 551-8181

5  Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. S-03-0126-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING |
| v. | ) |
| IDA HOVAV, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed by and between defendant Ida Hovav ("defendant"), through her counsel of record, Mark S. Hardiman, and plaintiff United States of America, through its attorney of record, Assistant United States Attorney Daniel S. Lindhardt, and is so ordered by the Court, that in order for defendant to further her cooperation with the government that the sentencing hearing currently scheduled for February 28, 2006 is hereby continued to **March 28, 2006 at 9:30 a.m.**;

On or about January 31, 2006, Assistant United States Attorney Daniel Linhardt authorized //

//
//
//
.//
//

03cr0126.stipo.020306.1.wpd

Stip. & Proposed Order Re: Continuance of Sentencing

1  defense counsel to sign his name to this stipulation and proposed order.

2  DATED: February 3, 2006

3                                                  Respectfully submitted,

4                                                  MARK S. HARDIMAN
                                                HOOPER, LUNDY & BOOKMAN, INC.

6                                  By:    /s/ MARK S. HARDIMAN
7                                              MARK S. HARDIMAN

8                                                  Attorneys for Defendant Ida Hovav

10                                                McGREGOR W. SCOTT
                                              United States Attorney

13                                  By:    /s/ DANIEL S. LINHARDT
                                              DANIEL S. LINDHARDT
                                              Assistant United States Attorney

15                                                  Attorneys for Plaintiff United States

16                                                  **ORDER**

17      GOOD CAUSE APPEARING, IT IS SO ORDERED.

19  DATED: February 3, 2006

21                                                  /s/ Lawrence K. Karlton
                                                HON. LAWRENCE K. KARLTON
22                                                  Senior, United States District Judge

**PROOF OF SERVICE**
(C.C.P. §§ 1013a and 2015.5)

I, Jodee Jones, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

On February 3, 2006, I served a true copy of the foregoing document described as STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF SENTENCING, in this action as follows:

> Daniel S. Linhardt
> Assistant United States Attorney
> Chief, White Collar Crime
> 501 "I" Street, Suite 10-100
> Sacramento, CA  95814
> Fax: (916) 554-2900

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the United States mail, at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to Overnite Express for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s) or to the addressee(s) in person.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2006, at Los Angeles, California

/s/ Jodee Jones
Jodee Jones