MARK S. HARDIMAN (State Bar No. 136602)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2799

Tel:   (310) 551-8111
Fax:   (310) 551-8181

Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IDA HOVAV, ) <br> ) <br> Defendant. ) <br> ) | CR No. S-03-0126-LKK <br><br> STIPULATION AND ORDER RE: <br> CONTINUANCE OF SENTENCING |

It is hereby stipulated and agreed by and between defendant Ida Hovav ("defendant"), through her counsel of record, Mark S. Hardiman, and plaintiff United States of America, through its attorney of record, Assistant United States Attorney Ellen V. Endrizzi, and is so ordered by the Court, that in order for defendant to substitute in a new attorney, Benjamin Gluck, and further her cooperation with the government, that the sentencing hearing currently scheduled for March 28, 2006 is hereby continued to **May 9, 2006 at 9:30 a.m.**

On or about March 16, 2006, Assistant United States Attorney Ellen Endrizzi authorized

//
//
//
//

defense counsel to sign her name to this stipulation and proposed order.

DATED: March 17, 2006

                    Respectfully submitted,

                    MARK S. HARDIMAN
                    HOOPER, LUNDY & BOOKMAN, INC.

By:  /s/ MARK S. HARDIMAN
       MARK S. HARDIMAN

Attorneys for Defendant Ida Hovav

McGREGOR W. SCOTT
United States Attorney

By:  /s/ ELLEN V. ENDRIZZI
       ELLEN V. ENDRIZZI
       Assistant United States Attorney

Attorneys for Plaintiff United States

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: March 20, 2006

                    /s/ Lawrence K. Karlton
                    HON. LAWRENCE K. KARLTON
                    United States District Judge

**PROOF OF SERVICE**
(C.C.P. §§ 1013a and 2015.5)

I, Jodee Jones, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

On March 17, 2006, I served a true copy of the foregoing document described as STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF SENTENCING, on all the parties in this action via the United States District Court for the Eastern District of California's Electronic Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2006, at Los Angeles, California

/s/ Jodee Jones
Jodee Jones