MARK S. HARDIMAN (State Bar No. 136602)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2799

Tel:  (310) 551-8111
Fax:  (310) 551-8181

Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. S-03-0126-LKK |
| Plaintiff, | REQUEST FOR AND ORDER RE: SUBSTITUTION OF ATTORNEY |
| v. | |
| IDA HOVAV, | |
| Defendant. | |

Defendant Ida Hovav ("defendant") hereby requests that the Court approve the substitution of:

    Benjamin N. Gluck (SBN 203997)
    Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
    1875 Century Park East, 23rd Floor
    Los Angeles, CA 90067-2561
    Phone: (310) 201-2100
    Fax:   (310) 201-2110
    E-mail: bng@birdmarella.com

as retained attorney of record in place and instead of Mark S. Hardiman, defendant's current attorney.

DATED: March 17, 2006

                                                By:  /s/ IDA HOVAV
                                                    IDA HOVAV

                                                      Defendant

1  I have given proper notice of and consent to the above substitution.

                                                   MARK S. HARDIMAN
                                                   HOOPER, LUNDY & BOOKMAN, INC.

                              By:    /s/ MARK S. HARDIMAN
                                       MARK S. HARDIMAN

                                         Current Attorneys for Defendant Ida Hovav

I am duly admitted to practice in this District and consent to the above substitution.

                                               BIRD, MARELLA, BOXER, WOLPERT,
                                               NESSIM, DROOKS & LINCENBERG

                              By:    /s/ BENJAMIN D. GLUCK
                                       BENJAMIN  D. GLUCK

                                         New Attorneys for Defendant Ida Hovav

**ORDER**

IT IS ORDERED THAT the foregoing substitution of attorney is APPROVED.

DATED: March 20, 2006

                                       /s/ Lawrence K. Karlton
                                       HON. LAWRENCE K. KARLTON
                                       United States District Judge

**PROOF OF SERVICE**
(C.C.P. §§ 1013a and 2015.5)

I, Jodee Jones, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1875 Century Park East, Suite 1600, Los Angeles, California 90067.

On March 17, 2006, I served a true copy of the foregoing document described as REQUEST FOR AND PROPOSED ORDER RE: SUBSTITUTION OF ATTORNEY, on all the parties in this action via the United States District Court for the Eastern District of California's Electronic Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2006, at Los Angeles, California

/s/ Jodee Jones
Jodee Jones