1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S. 03-126 LKK |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO EXTEND DATE FOR** |
|  | ) | **SENTENCING AND ORDER** |
| v. | ) |  |
|  | ) | DATE: June 13, 2006 |
| IDA HOVAV, | ) | TIME: 9:30 a.m. |
|  | ) | Hon. Lawrence K. Karlton |
| Defendant. | ) |  |
|  | ) |  |

The undersigned parties hereby stipulate and agree that the sentencing date for the defendant, currently set for May 9, 2006 should be extended to June 13, 2006.  The defendant requests additional time so as to further discuss cooperation and 5K1.1 issues.  The government joins in the request for the extension.

DATED: May 5, 2006

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                          By: <u>/s/ Ellen V. Endrizzi</u>
                                      ELLEN V. ENDRIZZI
                                      Assistant U.S. Attorney

1

```
                              BIRD, MARELLA
                         By:  /s/Benjamin Gluck
                              Benjamin Gluck

                              1875 Century Park East
                              Los Angeles, CA 90067

                              Attorneys for Defendant
                              Ida Hovav
                              signature per telephonic
                              authority
```

## O R D E R

IT IS HEREBY ORDERED the date of sentencing for the defendant in the above-captioned case is reset to June 13, 2006.

DATED: May 8, 2006

```
                    /s/ Lawrence K. Karlton
                    HONORABLE LAWRENCE K. KARLTON
                    Senior United States District Judge
```