1  Benjamin N. Gluck - State Bar No. 203997
   BIRD, MARELLA, BOXER, WOLPERT,
2       NESSIM, DROOKS & LINCENBERG, P.C.
   1875 Century Park East, 23rd Floor
3  Los Angeles, California  90067-2561
   Telephone: (310) 201-2100
4  Facsimile: (310) 201-2110

5  Attorneys for Defendant Ida Hovav

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| UNITED STATES OF AMERICA, | CASE NO. S-03-0126-LKK |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DATE FOR SENTENCING AND ORDER** |
| vs. | Date:   August 8, 2006 |
| IDA HOVAV, | Time:   9:30 a.m. |
| Defendant. | Crtrm.: Hon. Lawrence K. Karlton |

17  / / /
18  / / /
19  / / /

227327.1

STIPULATION TO EXTEND DATE FOR SENTENCING AND [PROPOSED] ORDER

1  Subject to the Court's approval, which is hereby respectfully requested, the
2 undersigned parties hereby stipulate and agree that the sentencing date for the defendant,
3 currently set for June 13, 2006, should be extended to August 8, 2006.  The defendant
4 requests additional time so as to further discuss cooperation and 5K1.1 issues.  The
5 Government joins in the request for the extension.

DATED: June 9, 2006          Benjamin N. Gluck
                             BIRD, MARELLA, BOXER, WOLPERT,
                                NESSIM, DROOKS & LINCENBERG, P.C.


                             By: /s/ Benjamin N. Gluck
                                    Benjamin N. Gluck
                                 Attorneys for Defendant Ida Hovav


DATED: June 9, 2006          McGregor W. Scott
                             UNITED STATES ATTORNEY


                             By: /s/ Ellen V. Endrizzi
                                    Ellen V. Endrizzi
                                 Assistant United States Attorney
                                 501 I Street, Suite 10-100
                                 Sacramento, CA 95814
                                 Signature per authority


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the date of sentencing in this matter is reset to August 8, 2006, at 9:30 a.m.

Dated: June 9, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

227327.1

2

STIPULATION TO EXTEND DATE FOR SENTENCING AND [PROPOSED] ORDER