Benjamin N. Gluck - State Bar No. 203997
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>IDA HOVAV,<br><br>      Defendant. | CASE NO. S-03-0126-LKK<br><br>**STIPULATION TO EXTEND DATE FOR SENTENCING AND ORDER**<br><br>Date:   September 19, 2006<br>Time:  9:30 a.m.<br>Crtrm.: Hon. Lawrence K. Karlton |

/ / /

/ / /

/ / /

Subject to the Court's approval, which is hereby respectfully requested, the undersigned parties hereby stipulate and agree that the sentencing date for the defendant, currently set for August 8, 2006, should be extended to September 19, 2006.  The defendant requests additional time so as to further discuss cooperation and 5K1.1 issues. The Government joins in the request for the extension.

DATED: August 4, 2006         Benjamin N. Gluck
                              BIRD, MARELLA, BOXER, WOLPERT,
                                 NESSIM, DROOKS & LINCENBERG, P.C.


                              By: /s/ Benjamin N. Gluck
                                       Benjamin N. Gluck
                                 Attorneys for Defendant Ida Hovav


DATED: August 4, 2006         McGregor W. Scott
                              UNITED STATES ATTORNEY


                              By: /s/ Ellen V. Endrizzi
                                       Ellen V. Endrizzi
                                 Assistant United States Attorney
                                 501 I Street, Suite 10-100
                                 Sacramento, CA 95814
                                 Signature per authority


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the date of sentencing in this matter is reset to September 19, 2006, at 9:30 a.m.

Dated: August 3, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

229263.1                          2

STIPULATION TO EXTEND DATE FOR SENTENCING AND [PROPOSED] ORDER