Benjamin N. Gluck - State Bar No. 203997
BIRD, MARELLA, BOXER, WOLPERT,
   NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Ida Hovav

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. S-03-0126-LKK |
|---|---|
| Plaintiff, | **ORDER PERMITTING FILING UNDER SEAL** |
| vs. | Crtrm.: Hon. Lawrence K. Karlton |
| IDA HOVAV, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   GOOD CAUSE APPEARING THEREFORE, Defendant Ida Hovav's Sentencing
2   Memorandum and Ex Parte Application to File Documents Under Seal shall both be filed
3   under seal.

4   DATED: September 8, 2006

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Submitted by:

BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
Benjamin N. Gluck

  /s/ Benjamin N. Gluck


By _____
          Benjamin N. Gluck
      Attorneys for Defendant Ida Hovav

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF CALIFORNIA**

     I am employed in the County of California, State of California.  I am over the age of 18 and not a party to the within action; my business address is c/o Legalese, 1754 36th Street, Sacramento, 95816

     On September 8, 2006, I served the following document(s) described as **[PROPOSED] ORDER PERMITTING FILING UNDER SEAL** on the interested parties in this action as follows:

**BY PERSONAL SERVICE:**  By delivering a true copy thereof by hand to the office of the persons listed on the attached Service List.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge.

     Executed on September 8, 2006, at Los Angeles, California.


                            /s/ Jeffrey Schuitema
                            Jeffrey Schuitema

**SERVICE LIST**
**USA v. Hovav**
**Case No. S-03-0126-LKK**

AUSA Ellen V. Endrizzi
United States Attorney's Office
501 I Street, Ste. 10-100
Sacramento, CA  95814
Tel:  (916) 554-2700
ellen.endrizzi@usdoj.gov