1  Benjamin N. Gluck - State Bar No. 203997
   BIRD, MARELLA, BOXER, WOLPERT,
2     NESSIM, DROOKS & LINCENBERG, P.C.
   1875 Century Park East, 23rd Floor
3  Los Angeles, California  90067-2561
   Telephone: (310) 201-2100
4  Facsimile: (310) 201-2110

5  Attorneys for Defendant Ida Hovav

6

7

8                  **UNITED STATES DISTRICT COURT**

9       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11  UNITED STATES OF AMERICA,        CASE NO. S-03-0126-LKK

12              Plaintiff,            **ORDER PERMITTING TRAVEL**

13        vs.

14  IDA HOVAV,

15              Defendant.

16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

235820.1

1    GOOD CAUSE HAVING BEEN SHOWN, Defendant Ida Hovav is permitted to

2  travel to Israel to attend the March 25, 2007, hearing in Israeli family court.  Prior to her

3  departure, Ms. Hovav must provide her probation officer with a copy of her itinerary.

4

5  DATED:  March 12, 2007

6

7    LAWRENCE K. KARLTON
SENIOR JUDGE

8    UNITED STATES DISTRICT COURT

Submitted by:

9  BIRD, MARELLA, BOXER, WOLPERT,

10   NESSIM, DROOKS & LINCENBERG, P.C.
Benjamin N. Gluck

11

12

13  By:  _____

14          /s/  Benjamin N. Gluck
        Attorneys for Defendant Ida Hovav

15

16

17

18

19

20

21

22

23

24

25

26

27

28