UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-03-126 LKK |
| Plaintiff, | |
| v. | O R D E R |
| IDA HOVAV, | |
| Defendant. | |

TO: THE UNITED STATES ATTORNEY:

Please take notice that pursuant to Federal Rule of Criminal Procedure 32, the defendant in the above-captioned case has requested early termination of probation and the same has been approved by the United States Probation Officer.

In the event that the government wishes to respond to the request, they shall file any such response not later than fifteen (15) days from the date of this order.

IT IS SO ORDERED.

DATED: February 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1