1  Benjamin N. Gluck - State Bar No. 203997
   BIRD, MARELLA, BOXER, WOLPERT,
2     NESSIM, DROOKS & LINCENBERG, P.C.
   1875 Century Park East, 23rd Floor
3  Los Angeles, California  90067-2561
   Telephone: (310) 201-2100
4  Facsimile: (310) 201-2110

5  Attorneys for Defendant Ida Hovav

6

7

8                 **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11 | UNITED STATES OF AMERICA, | CASE NO. S-03-0126-LKK |
12 |            Plaintiff,     | **ORDER APPROVING REQUEST FOR EARLY TERMINATION OF PROBATION** |
13 |            vs.            |                        |
14 | IDA HOVAV,                |                        |
15 |            Defendant.     |                        |

16

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

244211.1

[PROPOSED] ORDER APPROVING REQUEST FOR EARLY TERMINATION

1    GOOD CAUSE HAVING BEEN SHOWN, Defendant Ida Hovav's probation is
hereby terminated.

DATED:  February 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS & LINCENBERG, P.C.
Benjamin N. Gluck


By:    /s/_____
       Benjamin N. Gluck
       Attorneys for Defendant Ida Hovav

244211.1

2

[PROPOSED] ORDER APPROVING REQUEST FOR EARLY TERMINATION